IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DERRICK HILL and VIRGIE HILL, | * |
| Plaintiffs, | * |
| v. | Case No.7:18-CV-21(HL) |
| | * |
| MIKE DEWEY, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 6, 2020, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 6th day of April, 2020.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk